IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT WILLIAMS and
SANDRA WILLIAMS                                                    PLAINTIFFS

v.                                    CV NO.: 06-CV-1004

STATE FARM FIRE AND                                               DEFENDANTS/
CASUALTY COMPANY, et al.                                   THIRD PARTY PLAINTIFF

CRAWFORD HEATING AND AIR and
JAMES CRAWFORD                                          THIRD PARTY DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, on petition of the parties, the Court hereby dismisses Plaintiffs' cause of action against Defendant, State Farm Fire and Casualty Company and, further, dismisses State Farm Fire and Casualty Company's Third Party Complaint against Crawford Heating and Air and James Crawford with prejudice.

**IT IS SO ORDERED.**

_____
JUDGE

_____3/28/07_____
DATE

APPROVED BY:

_____
BRENT HOUSTON
ATTORNEY FOR PLAINTIFFS

_____
JOHN E. MOORE
ATTORNEY FOR THIRD
PARTY PLAINTIFF

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 28 2007
CHRIS R. JOHNSON, CLERK